UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| In re: | ) |
| | ) |
| VISION VENTURES, LLC. | ) |
| | ) Case No.: 15-41629 |
| Debtor. | ) Chapter 11 Proceeding |
| | ) |
| | ) |
| | ) |
| | ) |

**AFFIDAVIT OF BRYAN C. BACON IN SUPPORT OF APPLICATION OF DEBTOR-IN-POSSESSION FOR THE ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. SECTION 327(A) AND RULE 2014(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE EMPLOYMENT OF EVANS & DIXON, LLC**

COMES NOW Bryan C. Bacon being duly sworn, states as follows:

1. I am an attorney at law duly admitted to practice in the State of Missouri and before the United States District Court for the Eastern District of Missouri.

2. I am an attorney of Evans & Dixon, LLC ("E&D") and maintain an office for the practice of law at 501 Cherry Street, Suite 200, Columbia, Missouri 65201. I am familiar with the matters set forth herein and make this Affidavit in support of the application of Vision Ventures, LLC ("Debtor") seeking approval to retain E&D as counsel to the Debtor.

3.      Neither I, nor any associates of this firm, insofar as I have been able to ascertain, represents any interest adverse to that of the Estate in this matter and I believe E&D to be a disinterested person within the meaning of §101(4) of the Bankruptcy Code.

4.      Neither the Firm nor I have any connections with the Office of the United States Trustee in this region or any of its employees.

5.      The Firm has not represented any creditors of Debtor, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed by the office of the United States Trustee in connection with any matters adverse to Debtor, or in any capacity in which confidential knowledge of a creditor has been acquired that would bear on the proposed retention by the Debtor.

6.      One of the Debtor's members, Rodney Henry, made a pre-petition loan to the Debtor to fund the Firm's total retain of $7,500.00. Mr. Henry is the Debtor's 40% membre and its manager. In addition, I do not represent Mr. Henry, and have never represented Mr. Henry. Mr. Henry will retain his own personal legal counsel.

7.      The Debtor has been advised of my willingness to serve as its counsel and to receive compensation and reimbursement in accordance with standard billing practices for services rendered and expenses incurred on behalf of the Debtor, in accordance with the provisions of §327, §330 and §331 of the Bankruptcy Code.  The hourly rates of those paralegals and associates of E&D who are to be involved in this case range from Two Hundred Dollars ($200.00) per hour to Three Hundred Dollars ($300.00) per hour.  These rates are the same as rates generally charged for services rendered in all matters handled by this firm and

are competitive with those charged by other law firms in St. Louis for services comparable to those to be provided. Firm billing rates are adjusted from time to time.

8. I represent to the Court that this firm does not and will not, while employed by the Debtor, represent any other entity having any adverse interest in connection with this case.

9. Prior to the filing of the case, the Firm has been paid the sum of $1,500.00 for services performed prior to the Petition Date. The Firm is currently holding the sum of $6,000.00 as a retainer for future work to be performed in the Chapter 11 case.

10. After the retainer is exhausted, Debtor will pay the E&D bill monthly pursuant to L.B.R. 2016-2. E&D will file an Application to Approve Payment of Professional Fees every 120 days.

11. I have read the Debtor's application for an order approving the retention of this firm as Debtor's counsel which accompanies this Affidavit and, to the best of my knowledge, information and belief, the contents of said application are true and correct.

                                                                */s/ Bryan C. Bacon*

STATE OF MISSOURI    )
                              ) SS.
COUNTY OF BOONE     )

       On this 11th day of March 2015, before me, the undersigned, a Notary Public, in and for the County and State aforesaid, personally appeared **BRYAN C. BACON**, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

       IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in Boone County, Missouri, the day and year last above written.

                                                               */s/ Haley K.Anderson*
                                                               Notary Public in and for said County and State

My Commission Expires: January 29, 2016